UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

GREGG WALKER and
HEATHER HOLMES,

                Plaintiffs,

        v.

KIRK BANGSTAD,
MINOCQUA BREWING COMPANY LLC, and
MINOCQUA BREWING COMPANY SUPER PAC,

                Defendants.

Case No. 3:25-cv-00214

---

**STIPULATION TO SUSPEND BRIEFING ON
MOTION TO DISMISS COUNTERCLAIM**

---

        The undersigned, counsel for Plaintiffs and Defendants, stipulate as follows:

        1.      On April 11, 2025, the Court issued a text-only order granting Plaintiffs' Motion to Suspend All Deadlines Pending Resolution of Plaintiff's Forthcoming Motion to Remand. The order stayed all discovery and suspended all deadlines pending resolution of the motion for remand, with the exception of Plaintiffs' response to Counterclaim.

        2.      On April 24, 2025, Plaintiffs filed a Motion to Dismiss Counterclaim. The transmission email stated the response to the motion is due May 15, 2025, and a reply brief is due May 27, 2025.

        3.      For the same reasons the Court granted the Motion to Suspend all Deadlines, the parties stipulate that the briefing on Plaintiffs' Motion to Dismiss Counterclaim should be suspended pending the resolution of the motion for remand.

1

Dated this 25th day of April, 2025.

| | |
|---|---|
| FOX, O'NEILL & SHANNON, S.C.<br>Attorneys for Defendants | CRAMER MULTHAUF LLP<br>Attorneys for Plaintiffs |
| */s/ Matthew W. O'Neill* | */s/ Matthew M. Fernholz* |
| _____<br>MATTHEW W. O'NEILL<br>State Bar No. 1019269<br>622 N. Water Street, Suite 500<br>Milwaukee, WI 53202<br>Phone: (414) 273-3939<br>Email: mwoneill@foslaw.com | _____<br>MATTHEW M. FERNHOLZ<br>State Bar No. 1065765<br>1601 East Racine Avenue, Suite 200<br>Waukesha, WI 53187-0558<br>Phone: (262) 542-4278<br>Email: mmf@cmlawgroup.com |